Fourth Department. December 29, 1899.) Action by William H. Templeton against Ira C. Brown, as president, etc. No opinion. Judgment and order affirmed, with costs.

THOMAS, Appellant, v. MUNICIPAL GAS CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 6, 1899.) Action by Henry Thomas against the Municipal Gas Company. No opinion. Motion to dismiss appeal denied.

In re THORNE'S ESTATE. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) In the matter of the appraisal of the property of Joseph Thorne, deceased, under the act in relation to taxable transfers of property. Eunice E. Huff, individually and as executrix, etc., appealed. No opinion. Application to resettle order granted, so far as to allow a recital of the fact that the reversal was upon the law and the facts. Application otherwise denied. See 59 N. Y. Supp. 700, and 60 N. Y. Supp. 419.

THURBER v. WASHBURN & MOEN MFG. CO. (Supreme Court, Appellate Division, First Department. December 15, 1899.) Action by Horace K. Thurber against the Washburn & Moen Manufacturing Company. No opinion. Motion denied.

THURSTON, Respondent, v. HOOKWAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6. 1899.) Action by Hiram Thurston against Willard E. Hookway. No opinion. Judgment and orders affirmed, with costs. All concur, except SMITH, J., who dissents.

TOMKLEWICZ. Respondent. v. FIRST BAPTIST CHURCH OF LANCASTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by Andreas Tomklewicz against the First Baptist Church of Lancaster, N. Y., and others. No opinion. Judgment, as to the plaintiff, affirmed, with costs, and, as to the defendant Garretse, affirmed, without costs.

TOMPKINS COUNTY, Respondent, v. TIOGA COUNTY, Appellant. (Supreme Court, Appellate Division, Third Department. December 12, 1899.) Action by the county of Tompkins against the county of Tioga. No opinion. Judgment and order affirmed, with costs. All concur, except PARKER, P. J., not acting.

TRIANO, Appellant. v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Term. December 28, 1899.) Action by Clement Triano against the Brooklyn Heights Railroad Company. From a judgment for defendant, plaintiff appeals. Reversed. John W. Hutchinson, for appellant. Sheehan & Collins, for respondent.

PER CURIAM. Under the recent decision of the appellate division of the First department, reversing Phillip Semmer Glass Co. v. Nassau Show-Case Co., 28 Misc. Rep. 577, 59

N. Y. Supp. 530, the judgment herein must be reversed. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.

UNITED ELECTRIC IMP. CO., Respondent, v. STONE, Appellant. (Supreme Court, Appellate Division, Third Department. December 6, 1899.) Action by the United Electric Improvement Company against Walter H. Stone. No opinion. Judgment affirmed, with costs.

VADNEY, Appellant, v. ALBANY RY., Respondent. (Supreme Court, Appellate Division, Third Department. December 12, 1899.) Action by Richard Vadney against the Albany Railway. No opinion. Judgment affirmed, with costs.

VAN DUSEN, Plaintiff, v. SWEENEY, Defendant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by Lucy O. Van Dusen against George W. Sweeney. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, with costs, and judgment directed in favor of the defendant on the verdict, with costs.

VAN FLEET, Appellant, v. SAUNDERS, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Action by Flora Van Fleet against Newland C. Saunders. No opinion. Order modified, so as to require the payment of the costs of the former trial as a condition of granting a new trial, and, as so modified, affirmed, without costs to either party on this appeal.

VAN HORN v. KITTITAS COUNTY, WASH. (Supreme Court, Appellate Division, First Department. December 8, 1899.) Action by Frank M. Van Horn against Kittitas county, Wash. No opinion. Order affirmed, with costs, on opinion of Mr. Justice BEEKMAN in the court below. 59 N. Y. Supp. 883

VAN VLECK, Respondent, v. TAYLOR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by George H. Van Vleck against Martha Taylor and another. No opinion. Judgment affirmed, with costs.

VAUGHT, Respondent, v. GEDNEY et al, Appellants. (City Court of New York, General Term. December 27, 1899.) Action by Nathan F. Vaught against William A. Gedney and another. From a judgment for plaintiff and from an order denying a new trial, defendants appeal. Affirmed. William S. Bennett, for appellants. Edward W. S. Johnston for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

VIDAUD, Respondent, v. FORTY-SECOND ST., M. & ST. N. AVE. RY. CO., Appellant